IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

LARRY W. GORE, SR.,
    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,
    Defendant.

Case No. 07-CIV-119-RAW

## ORDER

Before the Court is the Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Docket No. 24]. On July 31, 2008, this Court rendered a final judgment remanding the Plaintiff's case for further proceedings. The Defendant has no objection to the Court awarding attorney fees and court costs.

Therefore, it is the Order of the Court that the Plaintiff be GRANTED reasonable attorney's fees in the amount of **$5,974.00** for services rendered pursuant to 28 U.S.C. §2412(a) and (d). Additionally, **$16.14** will be reimbursed to the Plaintiff for costs.

**ORDERED THIS 15th DAY OF SEPTEMBER, 2008.**

**Dated this 15th Day of September 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma